JOHN FILA, as Administrator, etc., of EDWIN FILA, Deceased, v. FRIEDS SERVICE GARAGE, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted upon defendants filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PEARL LA VAN ALLEN v. GEORGE W. ALLEN.— Motion denied. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE LONG BEACH TRUST COMPANY v. GEORGE E. SEALY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SANCOURT REALTY CORPORATION v. EDWARD J. DOWLING.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOSEPH URDANG v. NATHAN E. POSNER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABRAHAM S. BIRSH v. HARRY THALER.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KEYSTONE COSTUME COMPANY, INC., v. SAMUEL COHEN and GEORGE SCHOR and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JACOB FINER and Others v. CHARLES T. BINGHAM and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY D. SAYER, as Industrial Commissioner, etc., v. GERARDUS M. WYNKOOP. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

DANIEL J. McKENNA v. LOUISE M. MEEHAN, Also Known as "LULU" M. MEEHAN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

PENNRICH & COMPANY, INC., v. JUNIATA HOSIERY MILLS, INC.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

STAR COMPANY v. ARMSTRONG RUBBER COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CHARLES SCHOLL and Others v. GEORGE McLEOD BAYNES.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES E. WILLIAMS v. AUGUST HECKSCHER and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of SAMUEL SCHUBERT v. HENRY M. GOLDFOGLE and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.